**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| PHI Health, LLC,<br>Plaintiff,<br>v.<br>Anthem Insurance Companies, LLC, et al. ,<br>Defendants. | No. 3:26-cv-00636-DJH<br>Hon. David J. Hale |

**AGREED ORDER**

Plaintiff PHI Health, LLC and Defendants Anthem Insurance Companies, Inc., Anthem Health Plans of Kentucky, Inc., Bramco, Inc., Davis H. Elliot Company, Incorporated, Logan Aluminum, Inc., Mountain Comprehensive Health Corporation, R.J. Corman Railroad Companies, Whitehead-Hancock Plumbing and Heating and Walmart, Inc. (collectively, "Defendants") stipulate, pursuant to Local Rule 7.1(b), to an extension of time up to and including October 19, 2026 for Defendants and all remaining defendants named in the matter to respond to Plaintiff's Complaint.

It is hereby **ORDERED** that all defendants in the matter shall have up to and including October 19, 2026, within which to file their responsive pleading to Plaintiff's Complaint.

September 14, 2026

**David J. Hale, Chief Judge**
**United States District Court**

SEEN AND AGREED:

*/s/ Bradley S. Zoppoth* (with permission)
Bradley S. Zoppoth
Mitchell E. Esterle
THE ZOPPOTH LAW FIRM
6510 Glenridge Park Place, Suite 1
Louisville, KY 40222
Telephone: (502) 568-8884
bsz@zoplaw.com
mee@zoplaw.com

Elizabeth Lemoine (*Admitted Pro Hac Vice*)
Chris Cooper (*Admitted Pro Hac Vice*)
WICK PHILLIPS
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Elizabeth.Lemoine@wickphillips.com
Chris.Cooper@wickphillips.com
*Attorneys for Plaintiff PHI Health, LLC*

*/s/ J. Gordon Howard*
J. Gordon Howard *(Admitted Pro Hac Vice)*
J. GORDON HOWARD, PLLC
1715 Aaron Brenner Drive, Suite 450
Memphis, TN 38120
Telephone: (901) 902-5610
gordon@jghlegal.com
*Attorneys for Walmart, Inc.*

/s/ *Jonathan M. Kenney*
Jonathan M. Kenney
TROUTMAN PEPPER LOCKE, LLP.
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
jonathan.kenney@troutman.com
*Attorneys for Defendants Anthem Insurance Companies, Inc., Anthem Health Plans of Kentucky, Inc., Bramco, Inc., Davis H. Elliot Company, Incorporated, Logan Aluminum, Inc., Mountain Comprehensive Health Corporation, R.J. Corman Railroad Companies, and Whitehead-Hancock Plumbing and Heating*