**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT**
**OF KENTUCKY**

| | |
|---|---|
| **PHI HEALTH, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHEM INSURANCE COMPANIES, INC.,** *et al.*<br><br>Defendants. | Case No. 3:26-cv-00636-GNS<br>Hon. David J. Hale |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, ASHBOURNE ENTERPRISES**

Plaintiff, Plaintiff, PHI Health, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby provides notice that Defendant, Ashbourne Enterprises, is voluntarily dismissed, without prejudice, from this Action, in its entirety.

Defendant, Ashbourne Enterprises, nor any other Defendant in this Action, has filed an answer or responsive pleading, to date.

Date: September 17, 2026

Respectfully submitted,

/s/ *Bradley S. Zoppoth*

Bradley S. Zoppoth
Mitchell E. Esterle
The Zoppoth Law Firm
6510 Glenridge Park Place, Suite 1
Louisville, KY 40222
(502) 568-8884
bsz@zoplaw.com
mee@zoplaw.com

Elizabeth Lemoine
Chris Cooper
Wick Phillips
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
(817) 332-7788
elizabeth.lemoine@wickphillips.com
chris.cooper@wickphillips.com

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was on this August 17, 2026, filed electronically and a notice of electronic filing will be sent to all counsel of record filing herein.

*/s/ Bradley S. Zoppoth*
Bradley S. Zoppoth