**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT**
**OF KENTUCKY**

**PHI HEALTH, LLC**

Plaintiff,

v.

**ANTHEM INSURANCE COMPANIES, INC.,** *et al.*

Defendants.

Case No. 3:26-cv-00636-DJH
Hon. David J. Hale

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS, VINLAND ENERGY, LLC, DON MOORE AUTOMOTIVE GROUP, PARTNERS FOR RURAL IMPACT, W B TRANSPORT, WHITEHEAD-HANCOCK PLUMBING AND HEATING, AND JAMIESON CONSTRUCTION COMPANY**

---

Plaintiff, Plaintiff, PHI Health, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby provides notice that the following Defendants are voluntarily dismissed, without prejudice, from this Action:

1) Vinland Energy, LLC;
2) Don Moore Automotive Group;
3) Partners for Rural Impact;
4) W B Transport;
5) Whitehead-Hancock Plumbing and Heating; and
6) Jamieson Construction Co.

The above-referenced Defendants, nor any other Defendant in this Action, have filed an answer or responsive pleading, to date.

Date: September 24, 2026

Respectfully submitted,

*/s/ Bradley S. Zoppoth*
Bradley S. Zoppoth
Mitchell E. Esterle
The Zoppoth Law Firm
6510 Glenridge Park Place, Suite 1
Louisville, KY 40222
(502) 568-8884
bsz@zoplaw.com
mee@zoplaw.com

Elizabeth Lemoine
Chris Cooper
Wick Phillips
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
(817) 332-7788
elizabeth.lemoine@wickphillips.com
chris.cooper@wickphillips.com

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was on this September 24, 2026, filed electronically and a notice of electronic filing will be sent to all counsel of record filing herein.

*/s/ Bradley S. Zoppoth*
Bradley S. Zoppoth